AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Alejandro MESQUITI<br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **March 15, 2020** in the county of **Webb** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1324 | Knowing and in reckless disregard of the fact that an alien had come to, entered, and remained in the United States in violation of law, did transport and move and attempted to transport and move and conspired to transport and move such alien within the United States by means of transportation and otherwise in furtherance of such violation of law. |

This criminal complaint is based on these facts:
Continued on Affidavit

☑ Continued on the attached sheet.

/S/Evaristo V. Hernandez

Complainant Evaristo V. Hernandez
sworn and attested before me
on March 17, 2020,
at Laredo, Texas.

Sam S. Sheldon
United States Magistrate Judge

# AFFIDAVIT
In support of Criminal Complaint

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
| **V.** | |
| Alejandro MESQUITI | Case Number: |

1. On March 15, 2020, a Border Patrol Agent (BPA) was working his assigned immigration duties at the U. S. Border Patrol Traffic Checkpoint located at the 29 mile marker of the Interstate 35 Highway (IH-35), north of Laredo, Texas, in Webb County. At approximately 12:20 p.m., a white tractor trailer with one occupant arrived at the checkpoint for inspection.

2. The BPA discovered through the inspection that the driver, later identified as Mesquiti, Alejandro was a United States Citizen (USC). During the immigration inspection, BPA asked Mesquiti for consent to x-ray his cargo and he answered "Yes". BPAs guided Mesquiti to the inspection area, performed the scan and informed about anomalies in the sleeper area of the tractor trailer. BPAs signaled the driver to stop with a closed fist; nevertheless, Mesquiti did not stop and kept driving north leaving the checkpoint at a slow rate of speed. BPAs followed the truck for approximately one mile where they conducted a traffic stop at the 30 mile marker of the IH-35 Northbound lane. During the traffic stop a total of six individuals were discovered hidden within the cab of the trailer. A field interview revealed all six subjects were illegally present in the United States (US) with no legal right to remain in the US. At this time, Mesquiti and all six subjects were placed under arrest and escorted inside the checkpoint for further processing.

3. Alejandro Mesquiti was read and understood his Miranda rights, which he acknowledged by signing service form I-214. Mesquiti was willing to provide a sworn statement without having an attorney present. Mesquiti stated he knew the persons inside the truck were illegal aliens (IAs). He stated that he picked the IAs up near the Sam's Club store in Laredo, TX. Mesquiti stated that he was working for a man in Mexico. He said all instructions were received from the man in Mexico by phone. Mesquiti further stated he would get paid $1,500 US Dollar (USD) per alien and that he had to drop them off in San Antonio, TX.

4. Material Witness Ivan Adrian BASURTO-Lopez admitted to being a citizen and national of Mexico with no legal right to remain in the United States, who directly made financial arrangements to be smuggled through Mexico, where he paid $4,000 USD, and into the United States. BASURTO-Lopez stated that his final destination would be Alabama. BASURTO-Lopez stated that once in Alabama he had to pay $9,000 USD. BASURTO-Lopez stated he crossed the river on March 12, 2020 with five subjects including the guide. BASURTO-Lopez mentioned he stayed in several houses before he was taken to the truck. BASURTO-Lopez also stated that the tractor trailer driver instructed everybody inside the truck to stay quit and turn off their cell phones. BASURTO-Lopez was presented with a six person photo lineup and was not able to identify Alejandro Mesquiti as the driver.

5. Material Witness Jesus ALARCON-Viveros admitted to being a citizen and national of Mexico with no legal right to remain in the United States, who directly made financial arrangements in Mexico with the help of his family, to be smuggled through Mexico and into the US. ALARCON-Viveros stated he crossed the river on March 12, 2020. ALARCON-Viveros stated that he was took to several stash houses where he stayed with other illegal aliens. Then from the last stash house he was taken to the tractor that he was apprehended. ALARCON-Viveros stated the driver told him to turn off the cell phones. ALARCON-Viveros was presented with a six person photo lineup and positively identified Alejandro Mesquiti as the driver and the person that was transporting him through the checkpoint.

SUBSCRIBED and SWORN to before me on

_____17th_____ day of _____March, 2020_____

_____
Signature of Judicial Officer

/S/ Hernandez, Evaristo V.    Border Patrol Agent
Signature of Complainant